IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 10-04656 JW |
| Plaintiff, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Thomas Wilson, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 20, 2010. The parties failed to timely file a Joint Case Management Statement. On December 15, 2010, Plaintiff filed a Motion to Continue the December 20 Conference to allow Plaintiff time to serve Defendants. (See Docket Item No. 14.)

In light of the fact that Defendants have not yet been served, the Court finds that a Case Management Conference is premature at this time. Accordingly, the Court CONTINUES the December 20 Conference to **January 24, 2011 at 10 a.m.** On or before **January 14, 2011**, the parties shall file a Joint Case Management Statement. The Statement shall include, *inter alia*, a good faith proposed schedule on how this case should proceed. Plaintiff shall serve this Order on Defendants along with the Summons and Complaint.

Dated: December 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carissa Ann Lynch carissa.lynch@ftb.ca.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov

**Dated: December 15, 2010**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
       Elizabeth Garcia
       Courtroom Deputy**