IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 10-04656 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Thomas Wilson, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on January 24, 2011. Plaintiff has filed an independent Case Management Statement. (See Docket Item No. 19.) On December 15, 2010, Plaintiff served Defendants. (See Docket Item No. 17.) However, Defendants have yet to appear in the case.

Upon review, the Court finds good cause to CONTINUE the January 24 Conference to allow Defendants to participate in the Joint Case Management Statement. Accordingly, the Court continues the Conference to **February 14, 2011 at 10 a.m.** On or before **February 4, 2011**, the parties shall file a Joint Case Management Statement that includes, *inter alia*, a good faith proposed schedule on how this case should proceed.

Dated: January 20, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carissa Ann Lynch carissa.lynch@ftb.ca.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov

**Dated:  January 20, 2011**                            **Richard W. Wieking, Clerk**

                                                        **By:     /s/ JW Chambers
                                                                Elizabeth Garcia
                                                                Courtroom Deputy**