IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 10-04656 JW |
| Plaintiff, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Thomas Wilson, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on February 14, 2011. Plaintiff has filed an independent Case Management Statement. (See Docket Item No. 23.) On December 15, 2010, Plaintiff served Defendants. (See Docket Item No. 17.) On January 24, 2010, Defendants, appearing in *pro se*, filed a Case Management Statement that consisted entirely of their contact information. (See Docket Item No. 22.) In its Case Management Statement, Plaintiff contends that Defendant Margo Alexander was contacted by phone and she reported that Defendants were unable to participate in the Joint Statement as Defendant Thomas Wilson is currently hospitalized for heart and renal failure.

Upon review, in light of Defendants *pro se* status and reported hospitalization, the Court finds good cause to CONTINUE the February 14 Conference to allow Defendants to participate in the Joint Case Management Statement. Accordingly, the Court continues the Conference to **March 14, 2011 at 10 a.m.**

On or before **March 4, 2011**, the parties shall file a Joint Case Management Statement that includes, *inter alia*, a good faith proposed schedule on how this case should proceed.

Dated: February 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carissa Ann Lynch carissa.lynch@ftb.ca.gov
Cynthia Lewis Stier cynthia.stier@usdoj.gov

Margo  Alexander
333 Summit Road
Mt. Modanna,  CA 95076

Thomas  Wilson
333 Summit Road
Mt. Modonna,  CA 95076

**Dated:  February 9, 2011**                               **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**