JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
　9th Floor Federal Building
　450 Golden Gate Avenue, Box 36055
　San Francisco, California  94102
　Telephone: (415) 436-7000

Attorneys for United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **No. 10 CV-04656-JW** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER FINDING AS MOOT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| **THOMAS WILSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | **Date: March 14, 2011** <br> **Time: 10:00 a.m.** <br> **Place: U.S. Dist. Court, San Jose, Calif, Ctrm. 8, 4th Floor** |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

The parties to this action, by and through their counsel, respectfully request that the Court continue the Case Management Conference currently scheduled for February 14, 2011 to March 14, 2011 at 10:00 a.m., or such other date as the Court orders.

The defendants' counsel has been engaged on February 9, 2011, and filed an Entry of Appearance. Counsel needs time to prepare an Answer and familiarize himself with the case.

///

///

///

1    IT IS SO STIPULATED:

2                                      Respectfully submitted,

3                                        JOSEPH RUSSONIELLO
                                       United States Attorney

4

5    Dated: _February 9, 2011_____:       _/s/ Cynthia Stier_____
                                       CYNTHIA STIER

6                                        Assistant U.S. Attorney
                                       Attorneys for the United States of America

7

8    Dated: _February 9, 2011_____:       _/s/ David M. Kirsch_____
                                       DAVID M. KIRSCH

9                                        Attorney for Thomas Wilson and Margo
                                       Alexander

10

11    IT IS SO ORDERED.

12    The parties Stipulation to continue the Case Management Conference from February 14, 2011 to
March 14, 2011 is found as MOOT.  The Court previously issued it's Order continuing the
February 14 Case Management Conference to March 14, 2011 at 10:00 AM.  Please see Docket
Item No. 25.

15    Dated: February 11, 2011          _____
                                       JAMES WARE
                                       United States District Chief Judge