MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE  (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7000

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. C 10-04656-EJD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING DATES AND DEADLINES** |
| THOMAS WILSON, et al., | ) | |
| Defendants. | ) | |

  This case is scheduled for a pretrial conference on July 1, 2011, and pretrial conference statements are due to be filed on June 21, 2011.  The United States has filed a Motion for Summary Judgment which is currently scheduled for hearing on November 18, 2011.  The parties are in settlement negotiations in an effort to resolve this case prior to the summary judgment hearing.

  Accordingly, the parties hereby STIPULATE AND REQUEST, subject to this Court's approval, that the preliminary pretrial conference be rescheduled to September 16, 2011, at 9:00 a.m., and that the preliminary pretrial statement be filed on September 9, 2011.

          Respectfully submitted,

          MELINDA HAAG
          United States Attorney

1

Dated: June 17, 2011          /s/ Cynthia Stier
                              CYNTHIA STIER
                              Assistant United States Attorney
                              Tax Division


Dated: June 17, 2011          /s/ David Kirsch
                              DAVID KIRSCH
                              Attorney for Defendants, Thomas Wilson
                              and Margo Alexander

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the date and deadline for the following case event is continued as indicated. The new deadline will be:

Preliminary Pretrial Conference: September 16, 2011 at 11:00 AM
Preliminary Pretrial Conference statement due September 9, 2011.

IT IS SO ORDERED.

Dated: _____June 21_____, 2011   _____
                                         EDWARD J. DAVILA
                                         UNITED STATES DISTRICT JUDGE

US v. Wilson, et al.,
Case No. 10-04656-EJD, Stip.
and [proposed] order