IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br>  v.<br><br>THOMAS WILSON, et. al.,<br><br>    Defendant(s). | NO. 5:10-cv-04656 EJD<br><br>**ORDER VACATING PRETRIAL CONFERENCE; SETTING DEADLINE FOR FURTHER ACTION** |

Having been notified the parties reached a settlement of the above-entitled action, the court finds that the Pretrial Conference currently scheduled for September 16, 2011, is unnecessary. Accordingly, the Pretrial Conference is **VACATED**. The parties are ordered to submit a revised document finalizing this action on or before **September 23, 2011**.

**IT IS SO ORDERED.**

Dated: September 15, 2011

EDWARD J. DAVILA
United States District Judge

1
No. 5:10-cv-04656 EJD
ORDER VACATING PRETRIAL CONFERENCE; SETTING DEADLINE FOR FURTHER ACTION (EJD,C