IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. 5:10-cv-04656 EJD |
|---|---|
| Plaintiff(s), | **ORDER VACATING PRETRIAL CONFERENCE; SETTING DEADLINE FOR FURTHER ACTION** |
| v. | |
| THOMAS WILSON, et. al., | |
| Defendant(s). | |

Having been notified the parties reached a settlement of the above-entitled action, the court finds that the Pretrial Conference currently scheduled for September 16, 2011, is unnecessary. Accordingly, the Pretrial Conference is **VACATED**. The parties are ordered to submit a revised document finalizing this action on or before **September 23, 2011**.

**IT IS SO ORDERED.**

Dated: September 15, 2011

EDWARD J. DAVILA
United States District Judge