| | |
|---|---|
| 1 | MELINDA HAAG  (CABN 132612)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br> 11th Floor Federal Building |
| 5 |  450 Golden Gate Avenue, Box 36055<br> San Francisco, California 94102 |
| 6 |  Telephone: (415) 436-7000 |

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No.  C-10-04656-EJD** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS WILSON AND MARGO ALEXANDER; STATE OF CALIFORNIA FRANCHISE TAX BOARD,** | )))) | **AMENDED STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] JUDGMENT** ORDER |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

     The parties, United States of America and Defendants, Thomas Wilson and Margo Alexander, agree as evidenced by the signature of their attorney below, subject to the Court's approval, as follows:

     1.     That judgment may be entered in favor of the United States and against Defendants, Thomas Wilson and Margo Alexander, for their delinquent 1995, 1996, 1997, 1998, 1999, 2000 and 2001 federal income tax liabilities, plus related penalties and interest, in the amount of $2,423,570.91, as of March 10, 2011, plus interest accruing after March 10, 2011, pursuant to 28 U.S.C. Section 1961(c) until fully paid.

     2.     That the judgment referred to above, shall encumber all interests of Defendants, Thomas Wilson and Margo Alexander, including their interest in the real property that is the subject of this action, commonly referred to as 333 Summit Road, Watsonville, California

1  ("Watsonville Property"), situated in the County of Santa Cruz, State of California, and is more
2  particularly described as follows:
3  Subject to any conflicts in boundary lines, or discrepancies that would be revealed by a correct
4  survey, the land referred to in this report is situated in the County shown herein, in the State of
5  California and is more particularly described as follows:

6      Being a portion of the Rancho Salsipuedes in the California Republic, and being more particularly described as follows:

7
8      Beginning at a one inch iron pipe at the intersection of the Southwesterly line of Summit Road with the Southeasterly line of the lands of Charles R. Brundage, Inc., as described in Volume 1724 of Official Records, page 670, and the Northwesterly line
9  of the lands of Donald McKay as described in Volume 1277 of Official Records, page 460, Santa Cruz County Records;
10
11      *thence South 29° 18' 42" West 1031.00 feet to a one inch iron pipe on the above mentioned line between Charles R. Brundage, Inc., and Donald McKay;

12      *thence leaving said line North 64° 03' West 423.32 feet to a one inch iron pipe;

13      *thence North 29° 18' 42" East 1031.00 feet to a one inch iron pipe on the Southwesterly line of Summit Road;
14
15      *thence along the Southwesterly line Summit Road 423.32 feet to the place of beginning.

16      3. The United States of America agrees to not foreclose this judgment lien against
17  the Watsonville property, which is currently being used by Defendants, Thomas Wilson and
18  Margo Alexander, as their personal residence, until the earlier of: (a) August 1, 2016; (b) the
19  time at which the aforesaid real property is no longer used as the personal residence of
20  Defendants, Thomas Wilson and Margo Alexander; (c) failing to comply with the terms of
21  paragraph 4, below; or (d) upon the death of Thomas Wilson, upon which then the United States
22  would enforce the judgment against the subject property by selling it at public auction according
23  to law, with the proceeds to be applied to the remaining balance of the judgment, without
24  necessity of any further order of this court.
25      4. In exchange, Defendants, Thomas Wilson and Margo Alexander, agree to keep the
26  property fully insured, not to encumber the property, to keep the property properly maintained,
27  and all real estate taxes on it paid while used as their personal residence.
28      5. Defendants, Thomas Wilson and Margo Alexander, shall provide proof of

insurance and the payment of all real estate taxes on the 1st of September, 2011, 2012, 2013, 2014, 2015. Said proof of insurance and payment of all real estate taxes shall be made to the following address:

>    Office of the United States Attorney
>    Attn: FLU Unit
>    9th Floor Federal Building
>    450 Golden Gate Avenue, Box 36055
>    San Francisco, California 94102
>    Telephone: (415) 436-7200

6.  Failure to provide proof of insurance and the payment of all real estate taxes, as described in paragraphs 4 and 5 above, shall be grounds to void the United States' promise to not foreclose its judgment lien on the Watsonville property until any of the conditions specified in paragraph 3(a), (b), (c) or (d) above, and all parties stipulate and agree that failure to provide said proof shall be grounds to immediately foreclose this judgment lien without the necessity of any further order of this Court.

7.  The parties agree to bear his or her own costs and fees.

8.  The Court retains jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties as set forth above.

IT IS SO STIPULATED:

Dated: September 15, 2011        /s/ Cynthia Stier
                                 CYNTHIA STIER
                                 Counsel for United States


Dated: September 15, 2011        /s/ David Kirsch
                                 DAVID M. KIRSCH
                                 Attorney At Law
                                 Ten Almaden Blvd., Suite 1250
                                 San Jose, CA 95113-2233
                                 Phone (408) 298-5500
                                     Attorney for Thomas Wilson and
                                     Margo Alexander

SO ORDERED.

Dated: September 16, 2011        [signature]
                                 EDWARD J. DAVILA
                                 United States District Judge